**Order entered June 28, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00617-CV

## MARK SMITH, MARK & TAMMY SMITH, LLC, TEE DANIEL, AND DARIN KIDD, Appellants

### V.

## NERIUM INTERNATIONAL, LLC, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-03726

## ORDER

By postcard dated June 6, 2018, we informed court reporter Vielica Dobbins that the record in this appeal was overdue. We directed her to file the record within ten days and stated that further extension requests had to be in writing and include an explanation for the delay. To date, Ms. Dobbins has not filed the record or otherwise communicated with the Court. Accordingly, we **ORDER** Ms. Dobbins to file the reporter's record **no later than July 9, 2018**. Because this is an accelerated appeal and the record was first due June 2, 2018, extension requests will be disfavored.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Dale B. Tillery, Presiding Judge of the 134th Judicial District Court; Ms. Dobbins; and, the parties.

/s/     DAVID EVANS
          JUSTICE